UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **NATALIE LANDRY, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | |
| | **NO. 18-470-JWD-RLB** |
| **FARMLAND MUTUAL INSURANCE COMPANY, ET AL.** | |

### ORDER

Before the Court is Plaintiffs' Motion for Leave to Amend Complaint for Damages (R. Doc. 20) filed on August 17, 2018.

Plaintiffs filed a similar motion on August 9, 2018. (R. Doc. 18). The Court denied Plaintiffs' previous motion for three reasons: (1) Plaintiffs did not allege the citizenship of the proposed new defendants, Allstate Property and Casualty Insurance Company ("Allstate") and Axis Insurance Company ("Axis"); (2) Plaintiffs attached various inappropriate documents to the proposed pleadings; and (3) Plaintiffs did not attach a Local Rule 7(e) certificate to their motion. (R. Doc. 19).

Plaintiffs have remedied the second and third deficiencies listed above. Inexplicably, however, Plaintiffs still have not alleged the citizenship of Allstate or Axis. The citizenship of a corporation is determined by its state of incorporation and principal place of business. *See* 28 U.S.C. § 1332(c)(1); *Illinois Central Gulf Railroad Co. v. Pargas, Inc.*, 706 F.2d 633, 637 (5th Cir. 1983). A corporation's principal place of business is its "nerve center," meaning "the place where a corporation's officers direct, control, and coordinate the corporation's activities." *Hertz Corp. v. Friend*, 559 U.S. 77, 92 (2010). Plaintiffs do not allege the states of incorporation or principal places of business for Allstate and Axis in the proposed pleading.

Based on the foregoing,

**IT IS ORDERED** that Plaintiffs' Motion for Leave to Amend Complaint for Damages (R. Doc. 20) is **DENIED without prejudice**. The deadline to amend the pleadings is extended to **August 25, 2018** for the limited purpose of providing Plaintiffs sufficient time to address the deficiencies described in this Order.

Signed in Baton Rouge, Louisiana, on August 21, 2018.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**